# EXHIBIT 1

**RAMIRO VILLANUEVA**

**v.**

**MID-CENTURY INSURANCE COMPANY, et al.**

**DEFENDANT, MID-CENTURY INSURANCE COMPANY'S
PETITION FOR REMOVAL**

# EXHIBIT 1

**PROOF OF SERVICE UPON
DEFENDANT IN STATE COURT**

BRIAN SANDOVAL
*Governor*

STATE OF NEVADA

BRUCE H. BRESLOW
*Director*

BARBARA D. RICHARDSON
*Commissioner*



Doren E. Hohl

JUL 7 2016

SERVICE OF PROCESS

DEPARTMENT OF BUSINESS AND INDUSTRY
## DIVISION OF INSURANCE
2501 East Sahara Avenue, Suite 302
Las Vegas, Nevada 89104-4137
(702) 486-4009   •   Fax (702) 486-4007
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

July 5, 2016

Mid-Century Insurance Company
Attn: Doren Hohl
6301 Owensmouth Avenue
Woodland Hills, CA 91367

RE:   Ramiro Villanueva vs. Mid Century Insurance Company, et al.
District Court, Clark County, Nevada
Case No. A-16-739375-C

Dear Mr. Hohl:

Enclosed please find the following documents: Summons and Complaint. These documents have been served upon the Commissioner of Insurance as your attorney for service of process on July 1, 2016.

The appropriate action should be taken immediately, as you may only have 30 days from the date of this service to respond.

If you have any questions regarding this service, please advise.

Sincerely,

BARBARA D. RICHARDSON
Commissioner of Insurance

By:   RHONDA KELLY
Service of Process Clerk

Enclosures

c:   Chad N. Dennie, Esq.

## PROOF OF SERVICE

I hereby declare that on this day I served a copy of the Summons and Complaint upon the following defendant in the within matter, by shipping a copy thereof, via Certified mail, return receipt requested, to the following:

Mid-Century Insurance Company
Attn: Doren Hohl
6301 Owensmouth Avenue
Woodland Hills, CA 91367
CERTIFIED MAIL NO. 7015 0640 0006 6021 3928

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED this 5th day of July, 2016.

RHONDA KELLY
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE:   Ramiro Villanueva vs. Mid Century Insurance Company, et al.
District Court, Clark County, Nevada
Case No. A-16-739375-C

State of Nevada, Division of Insurance
This document on which this certificate
is stamped is a full, true and correct
copy of the original.

Date: 7/5/16   By: Rhonda Kelly

-1-

BRIAN SANDOVAL
*Governor*

STATE OF NEVADA

BRUCE H. BRESLOW
*Director*

BARBARA D. RICHARDSON
*Commissioner*



DEPARTMENT OF BUSINESS AND INDUSTRY
## DIVISION OF INSURANCE
2501 East Sahara Avenue, Suite 302
Las Vegas, Nevada 89104-4137
(702) 486-4009    •    Fax (702) 486-4007
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

July 5, 2016

Chad N. Dennie, Esq.
Dennie Law Offices
228 S. 4th Street, Second Floor
Las Vegas, NV 89101

RE:   Ramiro Villanueva vs. Mid Century Insurance Company, et al.
District Court, Clark County, Nevada
Case No. A-16-739375-C

Dear Mr. Dennie:

The Division received the service of process documents on July 1, 2016, regarding the above-entitled matter. Service has been completed on Mid-Century Insurance Company this date and enclosed are the following:

1.   A copy of our letter to Mid-Century Insurance Company dated July 5, 2016;
2.   A certified copy of the Proof of Service dated July 5, 2016; and
3.   Your receipt in the amount of $30.00.

Pursuant to *Nevada Revised Statutes (NRS)* 680A.260, 685A.200, and 685B.050, all documents after initial service of process may be served directly to the party.

If you have any questions regarding this service, please so advise.

Sincerely,

BARBARA D. RICHARDSON
Commissioner of Insurance

By:   *Rhonda Kelly*

RHONDA KELLY
Service of Process Clerk

Enclosures

c:   Mid-Century Insurance Company

RECEIVED

JUL 0 1 2016

DIVISION OF INSURANCE
STATE OF NEVADA

**SUMM**
CHAD N. DENNIE, ESQ.
Nevada Bar No.8789
DENNIE LAW OFFICES
228 S. 4ᵗʰ Street, Second Floor
Las Vegas, NV 89101
Attorneys for Plaintiff
702-581-8208
FAX: 702-979-5809
E-MAIL: cnd02@hotmail.com

Doren E. Hohl

JUL   7 2016

SERVICE OF PROCESS

## DISTRICT COURT

## CLARK COUNTY, NEVADA

RAMIRO VILLANUEVA, individually;
    Plaintiff,
  vs.
MID CENTURY INSURANCE COMPANY,
d/b/a FARMERS INSURANCE, a California
Corporation and DOES I through X; and
ROES I through X, inclusive.
    Defendants.

Case No. A-16-739375-C

Dept. No. XXIV

## **SUMMONS**

**CLARK COUNTY, NEVADA** NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 30 DAYS. READ THE INFORMATION BELOW.

TO THE DEFENDANT:   MID-CENTURY INSURANCE COMPANY

A civil Complaint has been filed by the plaintiff against you for the relief set forth in the Complaint.

  1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:

  a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this Summons within which to file an answer to the complaint.

Issued at direction of:

DENNIE LAW OFFICES
By _Chad Denn_
CHAD N. DENNIE, ESQ .       7-1-16
Nevada Bar No. 8789
228 S. 4ᵗʰ St., Second Floor
Las Vegas, Nevada 89101

CLERK OF COURT
By _Lisamarie Vaquero_
DEPUTY CLERK       Date
County Courthouse .       7.1.2016
200 South Third Street       LISAMARIE VAQUERO
Las Vegas, NV 89101

1