# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO VILLANUEVA,<br><br>   Plaintiff,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY,<br>et al.,<br><br>   Defendants. | Case No. 2:16-cv-01812-RFB-NJK<br><br>ORDER |

Pending before the Court are filings by Plaintiff noticing depositions and presenting initial disclosures. Docket Nos. 14, 15, 16. Discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). Because the above documents were filed in violation of the rules, they shall be **STRICKEN** by the Clerk. Defendant's objection to one of the documents, Docket No. 18, shall also be **STRICKEN** by the Clerk.

The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket. Failure to abide by this order and the applicable rules may result in sanctions.

IT IS SO ORDERED.

DATED: October 13, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge