UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO VILLANUEVA,<br><br>        Plaintiff,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:16-cv-01812-RFB-NJK<br><br>ORDER<br><br>(Docket No. 28) |

On March 27, 2017, the parties filed a stipulation to extend discovery deadlines in the instant case. Docket No. 28. The stipulation, however, was clearly filed in the wrong case, as it bears an entirely different name and case number. *Id*.

Accordingly,

The parties' stipulation to extend discovery deadlines, Docket No. 28, is hereby **DENIED**.

IT IS SO ORDERED.

DATED: March 27, 2017.

                                                NANCY J. KOPPE
                                                United States Magistrate Judge