David J. Feldman, Esq.
Nevada Bar No. 5947
FELDMAN GRAF, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
Mid-Century Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO VILLANUEVA,<br><br>Plaintiff,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY, a California corporation, licensed to do business in Nevada; DOES 1 through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.: 2:16-cv-01812-RFB-NJK |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiff Ramiro Villanueva, by and through his counsel of record, Russell G. Gubler, Esq. of the law firm of Johnson & Gubler, P.C. and Defendant Mid-Century Insurance Company, by and through its counsel of record, David J. Feldman, Esq. of the law firm of Feldman Graf, P.C., that Case No. 2:16-cv-01812-RFB-NJK entitled *Ramiro*

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1

*Villanueva v. Mid-Century Insurance Company*, is hereby dismissed with prejudice and that all parties agree to bear their own attorneys' fees and costs and any interest.

Dated: 3/19/19

Russell G. Gubler, Esq.
Nevada Bar No. 10889
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 331-4111
Facsimile: (702) 485-1148
cnd02@hotmail.com
*Attorneys for Plaintiff Ramiro Villanueva*

Dated: 3/11/19

David J. Feldman, Esq.
FELDMAN GRAF, P.C.
Nevada Bar No. 5947
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
dfeldman@feldmangraf.com
*Attorneys for Defendant
Mid-Century Insurance Company*

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of March, 2019.